IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RONALD MU'MIN OWENS-BEY   :

   Plaintiff   :

   v.   :   Civil Action No. AMD-06-2871

CARLA FOSTER RHODES,   :
Administrator, DHR-DCDSS, et al.
   :
   Defendants

...o0o...

MEMORANDUM

This is a pro se employment action alleging civil rights violations filed by Ronald Mumin Owens-Bey.[1] On November 8, 2006, the court granted plaintiff fifteen days to supplement the complaint by filing a "right to sue" letter issued by the Equal Employment Opportunity Commission (EEOC) or the Maryland Human Relations Commission (MHRC) and the civil filing fee or a motion to proceed in forma pauperis.

The fifteen-day period to supplement the complaint has passed. Plaintiff has neither filed the "right to sue letter" necessary to demonstrate completion of administrative review, nor has he filed a proper motion for leave to proceed in forma pauperis.[2] Consequently, the complaint will be dismissed without prejudice by separate order.

Filed: November 29, 2006

                                                                                                             /s/_____
                                                                                                             Andre M. Davis
                                                                                                             United States District Judge

---

[1] Plaintiff appears to allege that he was improperly discharged from his employment because he is a Moorish-American male. Complaint at 4. He further contends that he is being denied unemployment benefits based on "unwarranted deionization." *See id.*

[2] Plaintiff has not submitted the form for obtaining leave to proceed in forma pauperis or the financial affidavit provided to him by the Clerk. The "motion" filed by plaintiff does not contain sufficient information to assess his financial status. Paper No. 3. For this reason, that motion will be dismissed without prejudice.